NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JAMES LEE KEENE,                              )
                                             )
          Appellant,                         )
                                             )
v.                                           )        Case No. 2D17-4996
                                             )
STATE OF FLORIDA,                            )
                                             )
          Appellee.                          )
_____          )

Opinion filed October 3, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

James Lee Keene, pro se.


PER CURIAM.


            Affirmed.


NORTHCUTT, KHOUZAM, and SALARIO, JJ., Concur.